UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:11-cv-519 ) |
| MARIA DE JESUS GAITAN, DIANA L. LYTLE, AUDREY LEE CORLEY, and MEMORIAL FUNERAL HOME, INC., Defendants. | ) ) ) ) |

## ORDER

Before the Court is the Joint Motion for Discharge, Permanent Injunction, Distribution of Funds, and Dismissal of American General Life Insurance Company With Prejudice [Doc. 16], filed on January 18, 2012, by Plaintiff American General Life Insurance Co. and Defendants Audrey Lee Corley and Diana L. Lytle. On March 2, 2012, Defendant Maria de Jesus Gaitan moved to set aside the entry of default against her, which motion Plaintiff does not oppose on the condition that Plaintiff be given the relief requested in a new agreed order of dismissal that Plaintiff filed with Defendant Gaitan. [Doc. 20, Attach. 1.]

Defendant Audrey Lee Corley having notified the Court that, in light of Plaintiff's agreement not to oppose Defendant Maria de Jesus Gaitan's Motion to Set Aside Default, Defendant Corley no longer is in agreement with Plaintiff regarding the joint motion of dismissal filed in January, said motion [Doc. 16] is **DENIED** at this time.

**IT IS SO ORDERED**.

                                          **ENTER:**

                                          <u>    s/ Thomas W. Phillips    </u>
                                          United States District Judge